# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN – MILWAUKEE DIVISION

| | |
|---|---|
| TAQUAYLA RUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MILWAUKEE ENTERTAINMENT LLC dba HEART BREAKERS, a Wisconsin Limited Liability Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-692-BHL<br><br>**COLLECTIVE ACTION**<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW plaintiff Taquayla Rucker ("Plaintiff"), by and through her undersigned counsel, to notify this Court that the parties have reached a complete settlement in principle of the claims in this action. Plaintiff requests that this Court vacate all pending dates and deadlines and allow twenty-one (21) days within which to file a motion for approval pursuant to the Fair Labor Standards Act.

Respectfully submitted,

Dated: September 14, 2021

/s/ John P. Kristensen
John P. Kristensen
California Bar No. 224132
**Kristensen LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jay Urban
Wisconsin Bar No. 1018098
**Urban & Taylor S.C.**
Urban Taylor Law Building
4701 N. Port Washington Rd.
Milwaukee, Wisconsin 53212
Telephone: 414-906-1700
*jurban@wisconsininjury.com*

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    I certify that on Tuesday, September 14, 2021 a true and correct copy of the attached **NOTICE OF SETTLEMENT** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Jeffrey T. Nichols
Mary E. Nelson
**CRIVELLO CARLSON, S.C.**
The Empire Building
710 N Plankinton Ave - Ste 500
Milwaukee, WI 53203-2404
Phone: (414) 271-7722
Fax: (414) 271-4438
Email:
*jnichols@crivellocarlson.com*
*mnelson@crivellocarlson.com*

*Attorneys for Defendant*

|  |  |
|---|---|
|  | */s/ John P. Kristensen* |
|  | John P. Kristensen |