UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TAQUAYLA RUCKER,

        Plaintiff,

                                                               Case No. 21-cv-0692-bhl

v.

MILWAUKEE ENTERTAINMENT LLC, ET AL.,

        Defendants.

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

      Parties filed a joint motion for settlement approval and dismissal of complaint with prejudice. (ECF No. 22.) The settlement appears to be a fair and reasonable resolution of a bona fide dispute. Accordingly, the Court **GRANTS** the motion. The case is **DISMISSED with prejudice**.

      Dated at Milwaukee, Wisconsin on October 21, 2021.

                                                              s/ *Brett H. Ludwig*
                                                               BRETT H. LUDWIG
                                                               United States District Judge